GOLDSMITH & HULL, PC/11002148
Eric Mintz, SBN #207384
HOWARD D. MYERS, BAR #041811
16933 Parthenia Street
Northridge, CA 91343
(818) 990-6600

Attorneys for Plaintiff

ORIGINAL FILED

DEC 08 2011

LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

NORTH VALLEY DISTRICT

11A07395

| | |
|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br><br>Plaintiffs,<br><br>vs.<br><br>ASOKA C ABEYEWARDENE and DOES 1 through 30, Inclusive<br><br>Defendants. | Case No.<br><br>COMPLAINT FOR MONEY<br><br>[Limited Jurisdiction Case: Demand less than $10,000]<br><br>AMOUNT OF DEMAND: $4,978.04 |

COMES NOW PLAINTIFF, who complains and alleges as follows:

I

### FIRST CAUSE OF ACTION FOR OPEN BOOK ACCOUNT
### CODE OF CIVIL PROCEDURE SECTION 337a

1. The obligation sued upon herein is payable in the County of LOS ANGELES, State of California, in the above-mentioned judicial district because defendant(s) ASOKA C ABEYEWARDENE resides in the above-listed county and judicial district.

2. The true names and capacities of the Defendants sued herein as DOES 1 THROUGH 30, INCLUSIVE, whether individual, corporate, associates, or otherwise, are unknown to the Plaintiff at the present time, and Plaintiff therefore, sues said Defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when the same shall be ascertained.

Exhibit A

1

COMPLAINT FOR MONEY

3. At all times mentioned each Defendant herein was the employee, agent and servant of each of the other Defendants and in doing the things herein alleged, was acting within the course and scope of their authority as such and with consent of each other Defendant.

4. That within the last four years, on or about February 19, 2009, the Defendants became indebted to the Plaintiff on an open book account for money due as provided in C.C.P. Section 337a, at the special insistence and request of the Defendants, for credit provided for the purchase of goods, wares, merchandise or services rendered.

5. That the obligation sued for herein was incurred after January 1, 1987, on an open book account which does not call for attorney fees, thereby entitling plaintiff to reasonable attorney fees pursuant to California Civil Code Section 1717.5.

6. That although demand has been made upon the Defendants neither the said sum or any portion thereof, has been paid, and that there is now due, owing and unpaid, despite the Plaintiff's demand, the sum of $4,978.04, plus pre-judgment interest at the legal or maximum rate allowed by law from February 19, 2009, plus reasonable attorney's fees to be proven.

II

SECOND CAUSE OF ACTION FOR ACCOUNT STATED

7. Plaintiff hereby incorporates each and every allegation as contained in paragraphs 1 through 6 of the First Cause of Action as though fully set forth at length.

8. That within the last 4 years, an account was stated in writing by and between the Plaintiff and the Defendants wherein it was agreed that the Defendants, and each of them, were indebted to the Plaintiff in the sum of $4,978.04, plus pre-judgment interest, at the legal or maximum rate allowed by law from February 19, 2009, plus reasonable attorney's fees to be proven. No part of that sum has been paid.

III

THIRD CAUSE OF ACTION FOR REASONABLE VALUE

9. Plaintiff hereby incorporates each and every allegation as contained in paragraphs 1 through 8 of the First Cause of Action as though fully set forth at length.

Exhibit A

2

COMPLAINT FOR MONEY

10. That within the last 4 years, the Defendants and each of them, became indebted to the Plaintiff in the amount of $4,978.04, plus pre-judgment interest thereon, at the legal or maximum rate allowed by law from February 19, 2009, representing the reasonable value of credit for the purchase of goods, wares, merchandise or services rendered and provided to the Defendants by the Plaintiff at the Defendant's special insistence and request, plus reasonable attorney's fees, to be proven.

WHEREFORE, Plaintiff prays for Judgment against the Defendants and each of them, for each cause of actions, as follows:

1. For the sum of $4,978.04;

2. For pre-judgment interest thereon at the legal or maximum rate allowed by law from February 19, 2009;

3. For costs of suit incurred herein; and

4. For reasonable attorney's fees to be proven provided by law.

5. For such other and further relief as the court may deem just and proper.

Dated: November 15, 2011

GOLDSMITH & HULL, PC

_____
Eric Mintz
Attorney for Plaintiff

3

Exhibit A

COMPLAINT FOR MONEY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
NOTICE OF CASE ASSIGNMENT - LIMITED CIVIL CASE

Case Number  11A07395

Your case is assigned for all purposes to the judicial officer indicated below.

| | ASSIGNED JUDGE | DEPT. | ROOM |
|---|---|---|---|
| ✓ | Hon. John J. Kralik | F44 | 1800 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record on DEC 0 8 2011    JOHN A. CLARKE, Executive Officer/Clerk

By R. CORTEZ, Deputy Clerk

### Instructions For Handling Limited Civil Cases

The following critical provisions, as applicable in the North Valley District are cited for your information.

**PRIORITY OVER OTHER RULES:** The priority of Chapter Seven of the LASC Local Rules over other inconsistent Local Rules is set forth in Rule 7.2(o) thereof.

**CHALLENGE TO ASSIGNED JUDGE:** To the extent set forth therein, Government Code section 68616(i) and Local Rule 7.5 control the timing of Code of Civil Procedure section 170.6 challenges.

**TIME STANDARDS:** The time standards may be extended by the court only upon a showing of good cause. (Cal. Rules of Court, rule 3.110) Failure to meet time standards may result in the imposition of sanctions. (Local Rule 7.13).

Except for collections cases pursuant to California Rules of Court, rule 3.740, cases assigned to the Individual Calendar Court will be subject to processing under the following time standards:

**COMPLAINTS:** All complaints shall be served and the proof of service filed within 60 days after filing of the complaint.

**CROSS-COMPLAINTS:** Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross complaints against parties new to the action must be served and the proof of service filed within 30 days after the filing of the cross-complaint. A cross-complaint against a party who has already appeared in the action must be accompanied by proof of service of the cross-complaint at the time it is filed (Code Civ. Proc., § 428.50).

**CASE MANAGEMENT REVIEW:** A Case Management Review will be scheduled by the Court for no later than 180 days after the filing of the complaint. (Local Rule 7.9(a)(2)).

Pursuant to California Rules of Court, rules 3.720-3.730, no later than 15 calendar days before the date set for Case Management Review/Conference, each party (individually or jointly) must file and serve a Case Management Statement using the mandatory Judicial Council form No. CM-110.

**DEFAULTS** (Local Rule 9.10): If a responsive pleading is not served within the time to respond and no extension of time has been granted, the plaintiff must file a Request for Entry of Default within 10 days after the time for service has elapsed. Failure to timely file the Request for Entry of Default may result in an Order to Show Cause being issued as to why sanctions should not be imposed. The plaintiff must request default judgment on the defaulting defendants within 40 days after entry of default.

**NOTICED MOTIONS:** All regularly noticed motions will be calendared through the assigned department. Each motion date must be separately reserved and filed with appropriate fees for each motion. Motions for Summary Judgment must be identified at the time of reservation. All motions should be filed in the Clerk's office.

**EX PARTE MATTERS:** All ex parte applications should be noticed for the courtroom. Ex parte appearance applications for direct set courtrooms must be filed by 1:30 p.m. in Room 1200 on the day of the hearing. Ex parte appearance matters set in Dept. F43 (i.e., all unlawful detainers where possession is still at issue) must be noticed for Dept. F43, but filed at Counter Lim. Civil, Room 1200, no later than 1:30 p.m. m. on the day of the hearing.

**UNINSURED MOTORISTS CLAIMS:** Delay Reduction Rules do not apply to uninsured motorist claims. The plaintiff must file a Notice of Designation with the Court, identifying the case as an uninsured motorist claim under Insurance Code section 11580.2.

LACIV 001 (Rev. 07/07)  
LASC Approved 09-04  

NOTICE OF  
CASE ASSIGNMENT -- LIMITED CIVIL CASE

Exhibit A

| | | SUM-100 |
|---|---|---|
| **SUMMONS** *(CITACION JUDICIAL)* | | FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* ASOKA C ABEYEWARDENE

AND DOES 1 THROUGH 30, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC

ORIGINAL FILED
DEC 08 2011
LOS ANGELES
SUPERIOR COURT

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
LOS ANGELES COUNTY SUPERIOR COURT OF CALIFORNIA
9425 Penfield Avenue
Same
Chatsworth, CA 91311

CASE NUMBER: *(Número del Caso):* 11A07395

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ERIC MINTZ, SBN #207384                           (818)990-6600
GOLDSMITH & HULL, A.P.C.      /11002148
16933 PARTHENIA STREET SUITE 110
NORTHRIDGE, CA 91343

DATE: *(Fecha)*   Clerk, by J.A. CLARKE  *(Secretario)*   R. CORTEZ , Deputy *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
{SEAL}
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)           [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Exhibit A
Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465