RECEIVED OCT 29 2012

1  GOLDSMITH & HULL, PC/11002148
   Eric Mintz, SBN #207384
2  16933 Parthenia Street, Suite 110
   Northridge, CA 91343
3  (818) 990-6600

4  Attorneys for Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

NORTH VALLEY DISTRICT

| | |
|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br><br>Plaintiff,<br>vs.<br><br>ASOKA C ABEYEWARDENE<br><br>Defendant. | Case Number:  11A07395<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT ASOKA C ABEYEWARDENE'S REQUEST FOR STATEMENT OF WITNESS AND EVIDENCE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC hereby responds to Defendant, ASOKA C ABEYEWARDENE request for Statement of Witness and Evidence under Code of Civil Procedure Section 96, as follows:

1. a) Custodian of records for BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC.

   1776 Lincoln St Suite 900, Denver, CO, 80203.

   b) Defendant, ASOKA C ABEYEWARDENE

   c) Person most knowledgeable of BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC for Defendant ASOKA C ABEYEWARDENE's account.

2. All pleadings and discovery responses in this case;

   Statements of Defendant's account;

1

PLAINTIFF'S RESPONSE TO DEFENDANT ASOKA C ABEYEWARDENE'S REQUEST
FOR STATEMENT OF WITNESS AND EVIDENCE

Exhibit B

        Assignment and Assumption Agreements;

        Bill of Sale;

        Documents produced by Defendant in this case;

3. Plaintiff does not anticipate any physical evidence to be introduced in this matter, unless Defendant produces such evidence as part of discovery responses.

4. Any and all evidence introduced that Defendant may introduce in this matter.

Dated: October 24, 2012          GOLDSMITH & HULL., A.P.C.C

                                                             Eric Mintz, SBN #207384

                                                              Attorney for Plaintiff

2

PLAINTIFF'S RESPONSE TO DEFENDANT ASOKA C ABEYEWARDENE'S REQUEST FOR STATEMENT OF WITNESS AND EVIDENCE

Exhibit B

APPENDIX B

Bill of Sale

Riverwalk Holdings, Ltd., for value received and in accordance with the terms of the Purchase and Sale Agreement by and between Riverwalk Holdings, Ltd., and Bureaus Investment Group Portfolio No.15, LLC ("PURCHASER"), dated as of July 30th, 2008 (the "Agreement"), does hereby sell, assign and transfer to PURCHASER, its successors and assigns, all right, title and interest in and to the Accounts listed in the Account Schedule attached (as may be amended in accordance with the Agreement) as Appendix A to the Agreement, without recourse and without representation or warranty of collectability, or otherwise, except to the extent stated in the Agreement.

Executed on July 30th, 2008

RIVERWALK HOLDINGS, LTD.

By _____
Printed Name  JAY  I. LEOFON
Title  CFO AND MANAGING PARTNER

Exhibit B

## APPENDIX B
## Bill of Sale

Washington Mutual Bank, for value received and in accordance with the terms of the Forward Flow Purchase and Sale Agreement by and between Washington Mutual Bank and Riverwalk Holdings, Ltd. ("Purchaser"), dated as of May 30, 2008 (the "Agreement"), does hereby sell, assign and transfer to Purchaser, its successors and assigns, all right, title and interest in and to the Accounts listed in the Account Schedule attached (as may be amended in accordance with the Agreement) as Appendix A to the Agreement, without recourse and without representation or warranty of collectibility, or otherwise, except to the extent stated in the Agreement.

Executed on July 29, 2008.

Cut-off Date: July 18, 2008

Closing Date: July 29, 2008


WASHINGTON MUTUAL BANK

By: _____

Print Name: Kerry Brayton

Title: 1st Vice President


[Washington Mutual Bank will provide a separate Bill of Sale in connection with each monthly purchase of Accounts.]

Riverwalk Frash FF Bill of Sale_07_08.doc

Exhibit B